From: Charles Bunton
Allred Unit #1143771
2101 FM 369 North
Iowa Park, TX 76367

60,852-08


RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 11 2015
Abel Acosta, Clerk

May 6, 2015

To: Clerk
   Court of Criminal Appeals of Texas

Dear Clerk:

The Court of Appeals, Third Dist. @ Austin, wrongly affirmed my Third Degree Felony Conviction when it affirmed a state jail felony conviction.

TDCJ is interferring with everything I am trying to do here and I'd appreciate it if you'd notify this Court's Presiding Judges Keller, et al about my case and issue here in prison. I have been in administrative Segregation since 2004/05 and have been trying to get this Court to deliver justice in my case.

Sincerely,
   - Charles Bunton